IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Antonio Ochoa,<br><br>    Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>    Respondents. | No. CV-25-01975-PHX-ROS (DMF)<br><br>**ORDER** |

Petitioner Arthur Ochoa filed a petition for Writ of Habeas Corpus on June 6, 2025. (Doc. 1). On July 8, 2025, Petitioner filed a "Motion to Stay and Abeyance with Brief" requesting a stay of the habeas claims pending resolution of his current post-conviction relief proceeding. (Doc. 10). The State filed a response stating that it does not object to the Motion. (Doc. 16), and Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the Motion be granted pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). (Doc. 17). Accordingly, the R&R will be adopted in full.

**IT IS ORDERED** the Report and Recommendation (Doc. 10) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** this action is **STAYED** and the petition (Doc. 1) will be held in abeyance until the conclusion of Petitioner's post-conviction relief proceedings in the state courts.

…

…

1 **IT IS FURTHER ORDERED** Respondents shall file a report informing the Court of the status of the state court post-conviction relief proceedings no later than 30 days after the date of this order, which is January 8, 2026, every 90 days thereafter, and upon conclusion of Petitioner's post-conviction relief proceedings in the state courts.

Dated this 8th day of December, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge